United States District Court
Southern District of Texas
**ENTERED**
July 31, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM FERGUSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-308 |
| § | |
| GUDLAUG FONDAHN PETERSON, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Defendant Gudlaug Fondahn Peterson's ("Peterson") Motion for Summary Judgment, Dkt. No. 22; Plaintiff William Ferguson's ("Ferguson") Brief in Opposition to Defendants' Summary Judgment Motion, Dkt. No. 24; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 26. The deadline to file objections to the M&R has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline).

After independently reviewing the record and applicable law, the Court **GRANTS** the M&R, Dkt. No. 26. Accordingly, the Court **GRANTS** Defendant's motion for summary judgment, Dkt. No. 22, and **DISMISSES** the above-captioned case. The Court directs Ferguson to the footnote on page 9 of the M&R which reads as follows: **If Plaintiff continues to be denied new dentures, he may be able to prevail in his deliberate indifference lawsuit after exhausting his administrative remedies. Plaintiff can name the medical/dental personnel responsible for denying him dentures, and/or Plaintiff may name a John**

**Doe Defendant who has the authority to grant him the relief he seeks.**

Final Judgment will be entered separately.

SIGNED this 31st day of July 2019.

_____
Hilda Tagle
Senior United States District Judge